## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Oneida Diaz, et al.

v.                                    Case Number: 7:10−cv−00189

Kawasaki Motors Corp., U.S.A., et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**
> Bentsen Tower
> 1701 W. Hwy. 83
> McAllen, Texas 78501

**DATE:**    9/27/2023

**TIME:**    04:00 PM

**TYPE OF PROCEEDING:**  Status Conference

Date:    September 13, 2023

Nathan Ochsner, Clerk